# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Air Products and Chemicals, Inc., et al.
Plaintiff

v.                                                    2:23-cv-147
                                                      Civil Action No.

General Services Administration, et al.
Defendant

### CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs Air Products and Chemicals, Inc., and Air Products LLC

_____

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

Air Products and Chemicals, Inc. has no parent corporation.  No publicly held corporation owns 10 percent or more of its stock.
Air Products LLC is a wholly owned subsidiary of Air Products and Chemicals, Inc.  No publicly held corporation owns 10 percent or more of its stock.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Air Products and Chemicals, Inc., and Air Products LLC.  Further, Air Products and Chemicals, Inc. has numerous direct and indirect subsidiaries, none of which is publicly traded.  For reference, attached is a true and correct copy of a list of majority- or wholly-owned subsidiaries, as filed with the Securities and Exchange Commission and available at https://www.sec.gov/Archives/edgar/data/2969/000000296922000054/apd-exhibit211x30sep22.htm.

|               |                              |
|---------------|------------------------------|
| Date:         | 09/07/2023                   |
| Signature:    | /s/ Andrew LeGrand           |
| Print Name:   | Andrew LeGrand               |
| Bar Number:   | 24070132                     |
| Address:      | 2001 Ross Avenue, Suite 2100 |
| City, State, Zip: | Dallas, TX 75201         |
| Telephone:    | (214) 698-3405               |
| Fax:          | (214) 571-2960               |
| E-Mail:       | ALeGrand@gibsondunn.com      |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.

EX-21.1 4 apd-exhibit211x30sep22.htm EXHIBIT 21.1

Exhibit 21.1

## Subsidiaries of Air Products and Chemicals, Inc.

### UNITED STATES

All companies are incorporated in the State of Delaware unless otherwise indicated.

Registrant -- Air Products and Chemicals, Inc.

- 7001 Hamilton Properties, LLC
- Air Products Advanced Materials LLC
- Air Products Ammonia Distribution, LLC
- Air Products Ammonia Holdings, LLC
- Air Products and Chemicals, Inc.
- Air Products and Chemicals, Inc. of Utah (Utah)
- Air Products Asia, Inc.
- Air Products Blue Energy LLC
- Air Products Caribbean Holdings, Inc.
- Air Products China, Inc.
- Air Products Helium, Inc.
- Air Products Hydrogen Company, Inc.
- Air Products Industrial Gas LLC
- Air Products International, LLC
- Air Products Investments Holdings, LLC
- Air Products Investments, LLC
- Air Products LLC
- Air Products Manufacturing Corporation
- Air Products Manufacturing LLC
- Air Products West Coast Hydrogen LLC
- APCI (U.K.), Inc.
- APMTG Helium LLC
- East Coast Nitrogen Company LLC
- East Coast Oxygen Co.
- EPCO Carbondioxide Products, Inc. (Illinois)
- Felix 4, LLC
- Felix Holding Company II, LLC
- Gardner Cryogenics, Inc. (Pennsylvania)
- Harvest Energy Technology, Inc. (California)
- Indura Holdings Colombia, LLC
- Olin - DNT Limited Partnership
- Permea, Inc.
- ProCal (California)
- Prodair Corporation
- SCWC Corp.
- Stravinsky Investments LLC
- The Former SR Manufacturers Inc. (Colorado)

### ALGERIA

- Helios S.p.A.

**ARGENTINA**

Indura Argentina S.A.

**AUSTRIA**

Air Products Gesellschaft mbH

1

**BAHRAIN**

Air Products Bahrain W.L.L
Middle East Carbon Dioxide W.L.L. (MECD)

**BELGIUM**

ACP Zolder Invest NV
Air Products Management BV/SRL
Air Products S.A.
Napro S.A.

**BERMUDA**

Asia Industrial Gas Company Ltd.

**BRAZIL**

Air Products Brasil Ltda.

**CANADA**

Air Products Canada Ltd./Prodair Canada Ltee
Air Products Ammonia Distribution Ltd.

**CHILE**

AP Services South America SpA
Centro Técnico Indura Limitada
Indura Inversiones Limitada
Indura S.A.
Indura Sociedad Comercial Limitada
Inversiones Air Products Holdings Limitada
Oxigeno Medicinal Domiciliario Limitada
Servicios Indura Limitada

**CHINA**

Air Products (Anshan) Gases Company Limited
Air Products (Beijing) Hydrogen Energy Technology Co., Ltd.
Air Products (Cangzhou) Co., Ltd.
Air Products (Changsha) Co., Ltd.
Air Products (Chongqing) Chem-Materials Co., Ltd.
Air Products (Dongguan) Gases Co., Ltd.
Air Products (Guangzhou) Electronics Gases Co., Ltd.
Air Products (Hangjin Qi) Co., Ltd.
Air Products (Hefei) Electronics Gases Co., Ltd
Air Products (Hong Kong) Co., Ltd.
Air Products (Huaian) Gases Co., Ltd
Air Products (Huaibei) Gases Co., Ltd.
Air Products (Inner Mongolia) Hydrogen Energy Technology Co., Ltd.
Air Products (Jiangxi) Co., Ltd.
Air Products (Jiangxi) Co., Ltd. Jiujiang Branch
Air Products (Jincheng) Co., Ltd.
Air Products (Jinjiang) Electronics Gases Co., Ltd.
Air Products (Kunshan) Gases Co., Ltd, FuChunjiang Road Branch
Air Products (Kunshan) Gases Co., Ltd.
Air Products (Linfen) Co., Ltd.
Air Products (Nanjing) Electronics Gases Co., Ltd
Air Products (Ningbo) Hi-Tech Gases Co., Ltd.

2

Air Products (Qingdao) Gases Co., Ltd.
Air Products (Shandong) Engineering Co., Ltd.
Air Products (Shandong) Engineering Co., Ltd. Nanjing Branch
Air Products (Shanxi) Co., Ltd.
Air Products (Shenyang) Gases Co., Ltd.
Air Products (Tianjin) Co., Ltd.
Air Products (Wuhan) Gases Co., Ltd.
Air Products (Xia'men) Electronics Gases Co., Ltd.
Air Products (Xi'an) Gases Co., Ltd
Air Products (Zhongshan) Gases Co., Ltd.
Air Products (Zhumadian) Gases Co., Ltd.
Air Products and Chemicals (Anhui) Co., Ltd.
Air Products and Chemicals (Banan) Gases Co., Ltd
Air Products and Chemicals (Beijing) Distribution Co., Ltd.
Air Products and Chemicals (Binzhou) Co., Ltd.
Air Products and Chemicals (Chengdu) Co., Ltd.
Air Products and Chemicals (Chengdu) Co., Ltd. Qingbaijiang Branch
Air Products and Chemicals (China) Investment Co., Ltd.
Air Products and Chemicals (China) Investment Co., Ltd. Xi'an Branch
Air Products and Chemicals (Chongqing) Co., Ltd, Chang Shou Branch
Air Products and Chemicals (Chongqing) Co., Ltd.
Air Products and Chemicals (Dalian) Co., Ltd.
Air Products and Chemicals (Guangzhou) Co., Ltd.
Air Products and Chemicals (Guiyang) Co., Ltd.
Air Products and Chemicals (Hefei) Co., Ltd.
Air Products and Chemicals (Hohhot) Co., Ltd.
Air Products and Chemicals (Lianyungang) Gases Co., Ltd.
Air Products and Chemicals (Nanjing) Co., Ltd.
Air Products and Chemicals (Nanjing) Gases Co., Ltd.
Air Products and Chemicals (Pengzhou) Co., Ltd.
Air Products and Chemicals (Putian) Co., Ltd.
Air Products and Chemicals (Qingdao) Co., Ltd.
Air Products and Chemicals (Shaanxi Pucheng) Co., Ltd.
Air Products and Chemicals (Shaanxi) Co., Ltd.
Air Products and Chemicals (Shanghai) Co., Ltd.
Air Products and Chemicals (Shanghai) Electronics Gases Co., Ltd.
Air Products and Chemicals (Shanghai) Gases Co., Ltd.
Air Products and Chemicals (Shanghai) Gases Production Co., Ltd.
Air Products and Chemicals (Shanghai) Gasification Technology Co., Ltd.
Air Products and Chemicals (Shanghai) Hydrogen Energy Technology Co., Ltd.
Air Products and Chemicals (Shanghai) On-Site Gases Co., Ltd.
Air Products and Chemicals (Shanghai) Systems Co. Ltd.
Air Products and Chemicals (Shangluo) Co., Ltd.
Air Products and Chemicals (Shenzhen) Co., Ltd.
Air Products and Chemicals (Shenzhen) Gases Co., Ltd.
Air Products and Chemicals (Shenzhen) Gases Co., Ltd. Guangming Branch
Air Products and Chemicals (Tangshan) Co., Ltd.
Air Products and Chemicals (Tianjin) Co., Ltd.
Air Products and Chemicals (Tongxiang) Co., Ltd.
Air Products and Chemicals (Weifang) Co., Ltd.
Air Products and Chemicals (Wuxi) Co., Ltd.
Air Products and Chemicals (WuXi) Gases Co., Ltd.
Air Products and Chemicals (Xi'an) Co., Ltd.
Air Products and Chemicals (Xingtai) Co., Ltd.
Air Products and Chemicals (Xinxiang) Co., Ltd.

3

Air Products and Chemicals (Xuzhou) Co., Ltd.
Air Products and Chemicals (Yichun) Co., Ltd.
Air Products and Chemicals (Yulin) Co., Ltd.
Air Products and Chemicals (Zhangjiagang) Co., Ltd.
Air Products and Chemicals (Zhejiang) Co., Ltd.
Air Products and Chemicals (Zhejiang) Co., Ltd. Hangzhou Branch
Air Products and Chemicals (Zhuhai) Co., Ltd.
Air Products and Chemicals (Zibo) Co., Ltd.
Air Products and Chemicals Tech Development (Beijing) Co., Ltd.
Air products and Chemicals(Shenzhen) Co.,Ltd. Longhua Branch
Air Products Debang (Lianyungang) Co., Ltd.
Air Products Huadong (Longkou) Co., Ltd.
Air Products Hydrogen Energy Technology (Zibo) Co., Ltd.
Air Products Jiutai (Inner Mongolia) Hydrogen Technology Co., Ltd.
Air Products Logistics (Zhejiang) Co., Ltd.
Air Products Lu'An (Changzhi) Co., Ltd.
Air Products SinoHytec (Beijing) Hydrogen Energy Technology Co., Ltd.
Beijing AP BAIF Gases Industry Co., Ltd.
Chengdu Air & Gas Products Ltd.
Chengzhi Air Products Hydrogen Energy Technology Co., Ltd.,
CNOOC Air Products and Chemicals (Fujian) Co., Ltd.
New Energy Air Products (Liaoning) Co., Ltd.
Permea China, Ltd.
WuXi Hi-Tech Gas Co., Ltd.

## COLOMBIA

Gases Industriales de Colombia S.A. – Cryogas

## CZECH REPUBLIC

Air Products spol s.r.o.

## ECUADOR

Air Products Ecuador S.A.

## EGYPT

Air Products Gases S.A.E.

## FRANCE

Air Products SAS
Helap SAS
Lida SAS
Prodair et Cie S.C.S.
Prodair S.A.S.
Soprogaz SNC

## GERMANY

Air Products Ammonia Distribution AD GmbH
Air Products GmbH
Air Products Holdings GmbH

**INDIA**

Prodair Air Products India Private Limited
INOX Air Products Pvt. Ltd.

4

### INDONESIA

PT Air Products Indonesia
PT Air Products Indonesia Services
PT Air Products East Kalimantan

### IRELAND

Air Products Ireland Limited

### ISRAEL

Air Products Israel Ltd.
Gastel Limited
Gas Technologies, Ltd.
Oxygen & Argon Works, Ltd.
STS Science, Technologies and Services Ltd.

### ITALY

Air Products Italia S.r.l.
Sapio Produzione Idrogeno Ossigeno S.r.l.

### JAPAN

Air Products Japan K.K.

### KOREA

Air Products Korea Inc.
Korea Industrial Gases, Ltd.

### LUXEMBOURG

ACP Europe SA

### MALAYSIA

Air Products Malaysia Sdn Bhd
Air Products Shared Services Sdn. Bhd
Air Products Specialized Process Equipment SDN
Kulim Industrial Gases Sdn Bhd

### MEXICO

Air Products and Chemicals de Mexico, S.A. de C.V.
Gazsur, S. de R.L. de C. V.
Grupo INFRA

### MOROCCO

Air Products Maghreb S.A.R.L.

### THE NETHERLANDS

Air Products Gases Holdings B.V.
Air Products Holdings B.V.

Air Products Investments B.V.
Air Products Leasing B.V.
Air Products Nederland B.V.
Air Products Netherlands Gases B.V.
Carbolim B.V.
KRIG Holdings B.V.

5

**NIGERIA**

Prodair Escravos Limited

**NORWAY**

Air Products A/S

**OMAN**

Air Products Majan LLC
AJWAA Gases LLC

**PERU**

Air Products Peru S.A.

**POLAND**

Air Products Sp. Z o.o.
Euro-Hel Sp. Z.o.o.
STP & DIN Chemicals Sp. Z.o.o.

**PORTUGAL**

Gasin II Unipessoal LDA
Sociedade Portuguesa de Oxigenio, Lda.

**QATAR**

Air Products Helium Inc. Qatar Branch

**ROMANIA**

Euro-Hel Romania SRL

**SAUDI ARABIA**

Abdulla Hashim Gases & Equipment Co. Limited
Air Products Middle East Industrial Gases Company Limited
Air Products PLC Branch
Air Products Qudra (GICIS)
Air Products Saudi Investment Company
Gases Integrated Company Limited (GIC)
Jazan Gas Projects Company
Jazan Integrated Gasification and Power Company (JIGPC)
Jubail Waves for Gases Company
NEOM Green Hydrogen Company

**SINGAPORE**

Air Products Singapore Industrial Gases Pte. Ltd.

**SLOVAKIA**

Air Products Slovakia s.r.o.

**SOUTH AFRICA**

Air Products South Africa (Proprietary) Limited

**SPAIN**

Air Products Iberica, S.L.
Air Products Services Europe, S.A.

6

Andaluza de Gases, S.A.
Carb-IQA de Tarragona, S.L.
Carburos Via Augusta Logistics, S.L.
Iberica del Carbonico, S.A.
Matgas 2000 A.I.E.
Oxigeno de Sagunto, S.L.
Sociedad Espanola de Carburos Metalicos S.A.
Vitalox Industrial S.L.U.

**SWITZERLAND**

Air Products Switzerland Sàrl

**TAIWAN, CHINA**

Air Products San Fu Co., Ltd.
Air Products Taiwan Holdings Co., Ltd.

**THAILAND**

Bangkok Industrial Gas Co., Ltd.
Bangkok Cogeneration Company Limited

**TRINIDAD AND TOBAGO**

Caribbean Industrial Gases Unlimited

**UKRAINE**

Air Products Ukraina LLC
KRYVYI RIH Industrial Gas
PQ Ammonia

**UNITED ARAB EMIRATES**

AJWAA Emirates Gases Company LLC
Air Products Arabia for Industrial Gases LLC
Air Products (Middle East) FZE
Air Products Emirates Gases LLC
Air Products Gulf Gas LLC
Alemir Jebil Ali FTZ (Branch)
Alemir Sharjah FTZ (Branch)
German Industrial Gases (FZE) in Saif Zone
ORCA Industrial Gases LLC

**UNITED KINGDOM**

Air Products (BR) Limited
Air Products Equipment Limited
Air Products Group Limited
Air Products Llanwern Limited
Air Products PLC
Air Products Renewable Energy Limited
Beer Gas Cymru Cyf
Cryoservice Limited
Gas Direct Cymru Cyf
Dixons of Westerhope Limited
Gas Direct Limited
M&M Gases Limited

UZBEKISTAN

Air Products Central Asia Group LLC
Markaziy Osiyo Sanoat Gaz LLC

7