# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| AIR PRODUCTS AND CHEMICALS, INC., and AIR PRODUCTS LLC, <br><br> Plaintiffs, <br><br> v. <br><br> GENERAL SERVICES ADMINISTRATION; ROBIN CARNAHAN, in her official capacity as Administrator of the General Services Administration; UNITED STATES DEPARTMENT OF THE INTERIOR; DEBRA HAALAND, in her official capacity as Secretary of the United States Department of the Interior; BUREAU OF LAND MANAGEMENT; and TRACY STONE-MANNING, in her official capacity as Director of the Bureau of Land Management, <br><br> Defendants. | Case No. 23-cv-147 |

## PLAINTIFFS' OPPOSED MOTION FOR PRELIMINARY INJUNCTION

Andrew LeGrand
Texas Bar No. 24070132
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
Telephone: (214) 698-3100
Facsimile: (214) 571-2976
ALeGrand@gibsondunn.com

Helgi C. Walker  (*pro hac vice* forthcoming)
M. Kendall Day  (*pro hac vice* forthcoming)
David Schnitzer  (*pro hac vice* forthcoming)
Aaron Smith  (*pro hac vice* forthcoming)
Nathaniel Tisa  (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539
HWalker@gibsondunn.com

*Attorneys for Plaintiffs*

Plaintiffs Air Products and Chemicals, Inc. and Air Products LLC respectfully move for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 against Defendants General Services Administration; Robin Carnahan, in her official capacity as Administrator of the General Services Administration; United States Department Of The Interior; Debra Haaland, in her official capacity as Secretary of the United States Department of the Interior; Bureau Of Land Management; and Tracy Stone-Manning, in her official capacity as Director of the Bureau of Land Management.  Plaintiffs request an order preliminarily enjoining Defendants from implementing or enforcing Invitation For Bid No. BLM-R-2044, including, but not limited to: the unsealing or opening of bids submitted pursuant to the Invitation For Bid; the selection or announcement of a winning bid submitted pursuant to the Invitation For Bid; taking any steps pursuant to the Invitation For Bid toward the sale or conveyance of the Federal Helium System as defined by 50 U.S.C. § 167(4), which includes leasehold interests in the Crude Helium Enrichment Unit; terminating Defendants' lease for the use of the Crude Helium Enrichment Unit before the lease's existing end date; and any other actions that would frustrate the eventual, lawful sale or conveyance of the System as defined by 50 U.S.C. § 167(4), including such leasehold interests

As set forth more fully in the brief filed in support of this motion, injunctive relief is warranted because Plaintiffs are likely to prevail on their claims that the Invitation For Bid issued by Defendants to sell and convey the Federal Helium System is unlawful because it violates the Helium Stewardship Act of 2013 and is arbitrary and capricious under the Administrative Procedure Act.  Moreover, Defendants' conduct will cause irreparable harm by: interfering with Air Products' ability to use helium that it bought from the United States and that is currently stored in the Federal Helium System; causing Air Products to lose customers and its hard-earned goodwill and reputation; and disrupting the country's vital supply of helium.  Finally, the balance of the equities and

public interest favor preliminary relief because there is no interest in permitting unlawful agency action, and preliminary relief avoids a crippling blow to the helium industry (including end users performing vital private and public sector work) while this case is litigated.

No security is necessary for the granting of this motion, as Defendants will not suffer any loss or damage through a preliminary injunction.  *See* Fed. R. Civ. P. 65(c); *Texas v. Becerra*, 575 F. Supp. 3d 701, 728, 2021 WL 5964687, at *17 (N.D. Tex. 2021); *Greer's Ranch Café v. Guzman*, 540 F. Supp. 3d 638, 652 (N.D. Tex. 2021).

For the reasons discussed herein and in Plaintiffs' brief in support, the Court should grant Plaintiffs' request for a preliminary injunction.

### Certificate of Conference

Pursuant to Local Rules 7.1(a) and 7.1(b), Plaintiffs state that Defendants oppose Plaintiffs' motion for preliminary injunction.  A conference was held on Monday, September 11, 2023, between counsel representing Plaintiffs (Andrew LeGrand, Helgi Walker, and Aaron Smith) and counsel representing Defendants (the Department of Justice's Liam Holland and Julie Strauss Harris).  Agreement could not be reached because Defendants do not consent to the relief sought in this motion—a stay of the implementation or enforcement of Invitation For Bid No. BLM-R-2044 pending resolution of this litigation—and Plaintiffs believe such relief is necessary to secure their rights.

Dated:  September 11, 2023                    Respectfully submitted,

                */s/ Andrew LeGrand*

                Andrew LeGrand
                  State Bar of Texas No. 24070132
                  alegrand@gibsondunn.com
                GIBSON, DUNN & CRUTCHER LLP
                2001 Ross Avenue, Suite 2100
                Dallas, TX  75201
                Telephone: (214) 698-3405
                Facsimile: (214) 571-2960

                Helgi C. Walker (*pro hac vice* forthcoming)
                  hwalker@gibsondunn.com
                M. Kendall Day  (*pro hac vice* forthcoming)
                  kday@gibsondunn.com
                David Schnitzer  (*pro hac vice* forthcoming)
                  dschnitzer@gibsondunn.com
                Aaron Smith  (*pro hac vice* forthcoming)
                  asmith3@gibsondunn.com
                Nathaniel Tisa  (*pro hac vice* forthcoming)
                  ntisa@gibsondunn.com
                GIBSON, DUNN & CRUTCHER LLP
                1050 Connecticut Avenue, N.W.
                Washington, D.C.  20036
                Telephone: (202) 955-8500
                Facsimile: (202) 467-0539

                *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, the foregoing document was filed through the Court's ECF system. I further certify that the foregoing document was served pursuant to Federal Rule of Civil Procedure 5(b)(2)(E) by sending it by electronic mail to counsel for Defendants identified below, who consented in writing to service by electronic mail:

Liam Holland
U.S. Department of Justice, Civil Division
Federal Programs Branch
950 Pennsylvania Avenue N.W.
Washington, D.C. 20530
Liam.C.Holland@usdoj.gov

                                                  */s/ Andrew LeGrand*
                                                  Andrew LeGrand